**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **ISAAC'S AUTOMOTIVE, INC.**　　　　　　　　　**CASE NO.: 16-50695-KMS**

    **DEBTOR IN POSSESSION.**　　　　　　　　　　　　**CHAPTER 11**

**NOTICE OF DEFICIENCY**
*2 Day Notice of Missing Documents*

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the following be filed by April 29, 2016:

- **Most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or**

- **A statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.**

**YOU ARE FURTHER NOTIFIED** that failure to correct the above deficiency by **April 29, 2016,** may result in a show cause hearing why sanctions should not be imposed for failure to file the above referenced documents, pursuant to 11 U.S.C. §1116.

**Date: April 27, 2016**　　　　　　　　　　　**Danny L. Miller, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　**By:**　**/s/ Margaret Farrell**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**